```
                                            ┌─────────────────────────────┐
                                            │           FILED             │
                                            │ CLERK, U.S. DISTRICT COURT  │
                                            │                             │
                                            │        AUG 1 3 2019         │
                                            │                             │
                                            │ CENTRAL DISTRICT OF CALIFORNIA│
                                            │ BY                   DEPUTY │
                                            └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACR17-00186-DOC |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| LOREN MICHAEL BALDWIN, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *defendant's unverified background information and refusal to interview with Pretrial Services; no known bail*

1

*resources; the instant allegations suggests a lack of amenability to supervision.*
and

B. ( X ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *defendant's prior criminal history; history of substance use history; and the instant allegations while on supervised release suggests lack of amenability to supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 8/13/19

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge