```
 1
 2                                    [FILED stamp: CLERK, U.S. DISTRICT COURT
 3                                     JUL - 8 2021
 4                                     CENTRAL DISTRICT OF CALIFORNIA
 5                                     BY ___ DEPUTY]
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
```

| UNITED STATES OF AMERICA, | ) Case No. SA CR 17-00186-DOC |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| v. | ) U.S.C. . § 3143(a)] |
| LOREN MICHAEL BALDWIN, | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Prior violations; instant allegations; substance abuse history; no bail resources.*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Criminal history; prior violations; instant allegations.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings.

Dated: July 8, 2021

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge